# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00302-CV

---

**Noris Rivera, Appellant**

**v.**

**William Gerland, Appellee**

---

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 22CCV00039, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 6, 2022. On October 28, 2022, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by November 7, 2022, would result in the dismissal of this appeal for want of prosecution. In response, appellant filed a motion for extension of time, which the Court granted by order on November 30, 2022. In the order granting the motion, the Court advised appellant that no further extension of time would be granted and ordered appellant to file a brief no later than January 4, 2023. After that deadline had passed, on January 9, 2023, appellant filed another motion for extension requesting an indefinite extension of time. To date, the brief has not been tendered for filing and is overdue. Accordingly, we deny appellant's motion for

extension of time and dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Prosecution

Filed:   January 20, 2023